IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

GEORGE E. BROWN
Reg. #32507-044                                                               PETITIONER

v.                    NO. 2:18-CV-113-BSM-BD

GENE BEASLEY, Warden,
Forest City Low, Forrest City, Arkansas                                       RESPONDENT

## ORDER

The proposed findings and recommendations submitted by United States Magistrate Judge Beth Deere [Doc. No. 5] and George E. Brown's timely objections [Doc. No. 4] have been reviewed. After *de novo* review of the record, the proposed findings and recommendations are adopted in their entirety. Accordingly, Virgil Ward's petition for writ of habeas corpus [Doc. No. 1] is denied and dismissed without prejudice.

IT IS SO ORDERED this 20th day of November 2018.

_____
UNITED STATES DISTRICT JUDGE